IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VERONICA ALVAREZ,

        Plaintiff,

v.   Civil No.   15-01118 LH-CG

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,

        Defendant.

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's *Proposed Findings and Recommended Disposition* ("PFRD"), filed on January 9, 2016. (Doc. 35). In the PFRD, the Magistrate Judge recommended that Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supporting Memorandum*, (Doc. 29), be granted and that this case be remanded to the Commissioner for further proceedings consistent with the PFRD. The parties were notified that written objections to the PFRD were due within fourteen days. (Doc. 35 at 12). No objections have been filed and the deadline of January 23, 2017 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supporting Memorandum*, (Doc. 29), be **GRANTED** and that this case be **REMANDED** to the Commissioner for further proceedings.

_____
THE HONORABLE C. LEROY HANSEN
UNITED STATES DISTRICT JUDGE